Allen Lee GODFREY, Sr.,
Plaintiff–Appellant,

v.

Colonel Bobby D. RUSSELL, Superintendent, WVRJ (Western Virginia Regional Jail); Major Gregory P. Winston, Security Division Commander—WVRJ; Major Amanda Tuck, Services Division Commander—WVRJ; Capt. C.A. Keller, Assistant Services Division Commander—WVRJ; Capt. Altizer; Officer Janet Norwood–Smith, Classification—WVRJ; Officer Kevin

Mahl, Classification—WVRJ; Officer Robert Henderson, WVRJ; Officer Stewart Edwards, WVRJ; Officer Trevor Bratton, WVRJ; Major Joshua L. Salmon, Security Division Commander—WVRJ; SGT. Daniel Linkous, Records Supervisor—WVRJ; Officer Leftwhich; Dr. Uzma Ali, Conmed—WVRJ and Roanoke City Jail; Heather Stevens, PA, Conmed—WVRJ/RCJ; Megan Barefield, Conmed—WVRJ; Ashley Rakes, Conmed—WVRJ; (John Doe) Ratliff, Conmed—WVRJ; Stephanie Warf, Mental Health Staff—WVRJ; WVRJ; Conmed WVRJ—Medical Provider; WVRJ—Mental Health Provider; Wylie, Defendants-Appellees,

and

**Officer John Doe, Defendant.**

No. 15-7751

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2016

Decided: June 29, 2016

Allen Lee Godfrey, Sr., Appellant Pro Se. Kevin Michael Gick, John Chadwick Johnson, Frith, Anderson & Peake, PC, Roanoke, Virginia; Ruth Griggs, Joel Mark McCray, Sands Anderson, PC, Richmond, Virginia, for Appellees.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Lee Godfrey, Sr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Godfrey v. Russell, No. 7:14–cv–00476–NKM–RSB, 2015 WL 5657037 (W.D. Va. Sept. 24 & Oct. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED